*Attorney or Party without Attorney:*
Gary D. White , Jr., Esq., SBN: #1510
Palmer Law Group, LLP
2348 SW Topeka Blvd.
Topeka, KS 66611
*TELEPHONE No.:* (785) 233-1836
*E-MAIL ADDRESS (Optional):* gwhite@jpalmerlaw.com
*FAX No. (Optional):*
*Attorney for:* Plaintiff Shannon Owen

*Ref No. or File No.:*

*FOR COURT USE ONLY*

*Insert name of Court, and Judicial District and Branch Court:*
None -

*Plaintiff:* Shannon Owen
*Defendant:* Thind Carrier, Inc.; et al.

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:24-cv-02534 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT**

PARTY SERVED: **Jasvir Singh**

BY LEAVING WITH: **Jane Doe - resident**

DATE & TIME OF DELIVERY: **1/3/2025**
**2:22 PM**

ADDRESS, CITY, AND STATE: **6718 E. Cambridge Ave.**
**Fresno, CA 93727**

PHYSICAL DESCRIPTION: **Age: 40** **Weight: 170** **Hair: black**
**Sex: Female** **Height: 5.7** **Eyes:**
**Race: Middle East** **Marks:**

**MANNER OF SERVICE:**

Substituted Service - By leaving the copies with or in the presence of Jane Doe a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers.

**A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on January 6, 2025 from Fresno.**

Fee for Service: $ 64.50
County: FRESNO
Registration No.: S200710000054
Eddings Attorney Support Services, Inc.
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 6, 2025.

Signature: ______________________
Xoua Yang

**PROOF OF SERVICE**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Gary D. White , Jr., Esq. | SBN: #1510
Palmer Law Group, LLP
2348 SW Topeka Blvd. Topeka, KS 66611

TELEPHONE NO.: (785) 233-1836 | FAX NO. | E-MAIL ADDRESS *(Optional)*: gwhite@jpalmerlaw.com
ATTORNEY FOR *(Name)*: Plaintiff: Shannon Owen

FOR COURT USE ONLY

**None**
STREET ADDRESS: NONE
MAILING ADDRESS:
CITY AND ZIP CODE: NONE, CA 00000
BRANCH NAME:

PLAINTIFF/PETITIONER: Shannon Owen
DEFENDANT/RESPONDENT: Thind Carrier, Inc.; et al.

CASE NUMBER: 2:24-cv-02534

**DECLARATION OF DILIGENCE**

Ref. No. or File No.:

I, Xoua Yang , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Jasvir Singh as follows:
Documents:

**SUMMONS IN A CIVIL ACTION; COMPLAINT**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 12/27/2024 | 8:52 PM | Home | No response at the residence address. No noise and no movement inside. - Xoua Yang<br>6718 E. Cambridge Ave., Fresno, CA 93727 |
| 12/29/2024 | 11:10 AM | Home | No response at the residence address. No noise and no movement inside. - Xoua Yang<br>6718 E. Cambridge Ave., Fresno, CA 93727 |
| 1/2/2025 | 7:50 AM | Home | No response at the residence address. No noise and no movement inside. - Xoua Yang<br>6718 E. Cambridge Ave., Fresno, CA 93727 |
| 1/3/2025 | 2:22 PM | Home | Substituted service on: Jasvir Singh; 6718 E. Cambridge Ave., Fresno, CA 93727; by serving: Jane Doe - resident, Middle East Female 40 170 black 5.7 . |

Fee for Service: **$ 64.50**
County: **FRESNO**
Registration No.: **S200710000054**
**Eddings Attorney Support Services, Inc.**
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 6, 2025.

Signature: ____________________
**Xoua Yang**

**AFFIDAVIT OF REASONABLE DILIGENCE**

**Order#: E465166**

*Attorney or Party without Attorney:*
Gary D. White , Jr., Esq., SBN: #1510
Palmer Law Group, LLP
2348 SW Topeka Blvd.
Topeka, KS 66611
*TELEPHONE No.:* (785) 233-1836
*E-MAIL ADDRESS (Optional):* gwhite@jpalmerlaw.com
*FAX No. (Optional):*
*Attorney for:* Plaintiff Shannon Owen

*FOR COURT USE ONLY*

*Ref No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
None -

*Plaintiff:* Shannon Owen
*Defendant:* Thind Carrier, Inc.; et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:24-cv-02534 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Fresno, California, addressed as follows:

   a. Date of Mailing: January 6, 2025
   b. Place of Mailing: Fresno, CA
   c. Addressed as follows: Jasvir Singh
   6718 E. Cambridge Ave.
   Fresno, CA 93727

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Fresno, California in the ordinary course of business.

Fee for Service: **$ 64.50**
County: **FRESNO**
Registration: S-238
**Eddings Attorney Support Services, Inc.**
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 6, 2025.

Signature: ______________________
**Joseph Cassinerio, II**